UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, </br></br> Plaintiff, </br></br> v. </br></br> NORTHWESTERN UNIVERSITY, </br></br> Defendant. | Civil Action No: 1:17-CV-6583 </br></br> Hon. Robert M. Dow, Jr. </br> Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PERMISSION TO PROCEED UNDER A PSEUDONYM**

For the reasons stated more fully in the accompanying Memorandum of Law in Support of Plaintiff John Doe's Unopposed Motion for Permission to Proceed Under a Pseudonym, Plaintiff "John Doe" hereby moves this Court to allow him to pursue relief in the above-captioned matter anonymously.

Dated: September 12, 2017

Respectfully submitted,

JOHN DOE

By:*/s/* Jonathan M. Cyrluk
        One of his attorneys

Jonathan M. Cyrluk (ARDC No. 6210250)
Carpenter Lipps & Leland LLP
180 North LaSalle Street
Suite 2105
Chicago, IL 60601
Phone: (312) 777-4300
Email: cyrluk@carpenterlipps.com

Patricia M. Hamill
(Admission *Pro Hac Vice* Pending)
Jeannette M. Brian
(Admission *Pro Hac Vice* Pending)
CONRAD O'BRIEN PC
Centre Square, West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Phone: (215) 864-9600
Email: phamill@conradobrien.com
       jbrian@conradobrien.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Permission to Proceed Under a Pseudonym to be served upon counsel for Defendant Northwestern University listed below by email and U.S. First Class Mail on this 12th day of September, 2017:

>Ms. Sarah K. Wake
>Associate General Counsel
>Northwestern University
>633 Clark St.
>Evanston, IL 60208
>sarah.wake@northwestern.edu
>
>*Counsel for Defendant Northwestern University*

>*/s/ Jonathan M. Cyrluk*
>Jonathan M. Cyrluk
>Carpenter Lipps & Leland LLP
>180 North LaSalle Street, Suite 2105
>Chicago, IL 60601
>Phone: (312) 777-4300
>Email: cyrluk@carpenterlipps.com