# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John Doe
                    Plaintiff,

v.                                       Case No.: 1:17–cv–06583
                                                Honorable Robert M. Dow Jr.

Northwestern University
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 25, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's unopposed motion for permission to proceed under a pseudonym [4] is provisionally granted. Based on the supplement filed today [17], the Court extends the permission to proceed under a pseudonym to other students who were involved in the underlying disciplinary proceeding and whose identities may be disclosed in the course of discovery. To the extent that, upon further review of the pleadings and the case as it develops, the Court should ever conclude that either the facts or the law warrant reconsideration of the scope of this order, it will notify the parties and set the matter for status hearing before taking any action inconsistent with proceeding as the parties have proposed. Notice of motion date of 9/26/2017 is stricken and no appearances are necessary on that date. Lorie K. Dakessian's motion for leave to appear pro hac vice on behalf of the Plaintiff is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.