# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

John Doe

                Plaintiff,

v.                                  Case No.: 1:17–cv–06583
                                        Honorable Robert M. Dow Jr.

Northwestern University

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 10, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: At the request of the parties, the status hearing set for 1/11/2018 is cancelled and reset to 1/25/2018 at 9:00 a.m. Oral motion to extend deadlines to file responsive pleading(s) and to serve mandatory initial discovery responses is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.