**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

John Doe
                    Plaintiff,

v.                                  Case No.: 1:17–cv–06583
                                            Honorable Robert M. Dow Jr.

Northwestern University
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 24, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon request of the parties, the status hearing set for 1/23/18 at 9:00 a.m. is cancelled and reset for 2/15/18 at 9:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.