**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | Case No. 17-cv-6583 |
| Plaintiff, | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| NORTHWESTERN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL

John Doe ("Doe") and Northwestern University ("Northwestern"), through their respective attorneys of record, stipulate as follows:

Doe and Northwestern are entering into this Stipulation in order to conclude their dispute without the necessity of further court proceedings.

Plaintiff dismisses his claims in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Doe and Northwestern stipulate to the dismissal of this action with prejudice.

Date:  January 30, 2017                              Respectfully Submitted,

s/ Jonathan M. Cyrluk

Jonathan M. Cyrluk (6210250)
cyrluk@carpenterlipps.com
Joshua Goldberg (6277541)
jgoldberg@carpenterlipps.com
Carpenter Lipps @ Leland LLP
180 North LaSalle Street, Suite 2105
Chicago, IL 60601
(312) 777-4620

s/ Patricia M. Hamill

Patricia M. Hamill (Pro Hac Vice)
phamill@conradobrien.com
Jeannette M. Brian (Pro Hac Vice)
jbrian@conradobrien.com
Lorie K. Dakessian (Pro Hac Vice)
ldakessian@conradobrien.com
Conrad O'Brien PC
Center Square West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
(215) 864-8071

Attorneys for Plaintiff

s/ Adam L. Hoeflich

Adam L. Hoeflich (6209163)
adam.hoeflich@bartlit-beck.com
Christopher J. Lind (6225464)
chris.lind@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654
(312) 494-4400


Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 21, 2017, he electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

>Jonathan M. Cyrluk
>Joshua Goldberg
>Carpenter Lipps & Leland LLP
>180 North LaSalle Street, Suite 2105
>Chicago, IL 60601
>Email: cyrluk@carpenterlipps.com
>          jgoldberg@carpenterlipps.com
>
>Patricia M. Hamill (Pro Hac Vice)
>Jeannette M. Brian (Pro Hac Vice)
>Lorie K. Dakessian (Pro Hac Vice)
>Conrad O'Brien PC
>Center Square West Tower
>1500 Market Street, Suite 3900
>Philadelphia, PA 19102-2100
>Email:  phamill@conradobrien.com
>           jbrian@conradobrien.com
>           ldakessian@conradobrien.com

>>/s/ Adam L. Hoeflich
>>  Adam L. Hoeflich

3